1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 454-3111
4 Facsimile: (916) 454-3131

5 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WONG,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security<br>of the United States of America,<br><br>Defendant. | Case No. CIV S-08-1408 EFB<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from November 11, 2008, to January 16, 2009. This is Plaintiff's first request for an extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through December 2008.

/ / / /

/ / / /

/ / / /

1

1 | Dated: November 10, 2008 /s/Bess M. Brewer
BESS M. BREWER
2 | Attorney at Law

3 | Attorney for Plaintiff

4

5

6 | Dated: November 10, 2008 McGregor W. Scott

7 | United States Attorney

8 | /s/ Sarah Ryan
SARAH RYAN

9 | Special Assistant U.S. Attorney
Social Security Administration
10

11 | Attorney for Defendant

12

13 | **ORDER**

14 | APPROVED AND SO ORDERED.

15 | DATED: November 12, 2008.

16

17 | EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2