1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHEN WONG** ) | Case No. CIV S-08-1408 EFB |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| **v.** ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from January 16, 2009 to February 3, 2009.  This extension is required due to Plaintiff's counsel's extremely heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: January 16, 2009 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 5 | | |
| 6 | Dated: November 20, 2009 | McGregor W. Scott |
| 7 | | United States Attorney |
| 8 | | /s/  Sarah Ryan<br>SARAH RYAN |
| 9 | | Special Assistant U.S. Attorney |
| 10 | | Social Security Administration |
| 11 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  January 23, 2009.

EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

2