1   BESS M. BREWER, #100364
    LAW OFFICE OF
2   BESS M. BREWER & ASSOCIATES
    P.O. Box 5088
3   Sacramento, CA 95817
    Telephone: (916) 454-3111
4   Facsimile: (916) 454-3131

5   Attorneys for Plaintiff

6

7

8

                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11   **STEPHEN WONG**                    )    **Case No.  CIV. S-08-1408 EFB**
                                         )
12                                       )
                                         )    **STIPULATION AND ORDER**
13          **Plaintiff,**               )    **EXTENDING PLAINTIFF'S TIME TO**
                                         )    **FILE MEMORANDUM IN SUPPORT**
14   **v.**                              )    **OF SUMMARY JUDGMENT**
                                         )
15   **MICHAEL J. ASTRUE**               )
     **Commissioner of Social Security** )
16   **of the United States of America,**)
                                         )
17          **Defendant.**               )
                                         )
18   _____    )

19
            IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with
20
     the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment
21
     in this case is hereby extended from February 3, 2009, to February 5, 2009 .  This extension is required
22
     due to Plaintiff's counsel's extremely heavy briefing schedule and recent bout with the flu.
23

24
     / / / /
25
     / / / /
26
     / / / /
27

28

                                              1

1

Dated: February 2, 2009                    */s/Bess M. Brewer*
                                            BESS M. BREWER
2                                           Attorney at Law

3                                           Attorney for Plaintiff

4

5

Dated: February 3, 2009                    Lawrence G. Brown
6                                           Acting United States Attorney

7                                           /s/   *Sarah Ryan*
                                            SARAH RYAN
8
                                            Special Assistant U.S. Attorney
9                                           Social Security Administration

10                                          Attorney for Defendant

11

12                          **ORDER**

13          Although Local Rule 6-144(d) provides that "[r]equests for Court-approved extensions brought

14  on the required filing date for the pleading or other document are looked upon with disfavor," the court

15  in this instance grants the request for a two-day extension.

16  APPROVED AND SO ORDERED.

17  DATED:  February 3, 2009.

18                                          _____
                                            EDMUND F. BRENNAN
19                                          UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

                                            2