1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SARAH RYAN, State Bar of Texas #17479500
4  Special Assistant United States Attorney
5
          333 Market Street, Suite 1500
6         San Francisco, California 94105
          Telephone:  (415) 977-8943
7         Facsimile:  (415) 744-0134
          E-Mail: sarah.ryan@ssa.gov
8
9  Attorneys for Defendant

10                         UNITED STATES DISTRICT COURT

11                         EASTERN DISTRICT OF CALIFORNIA

12                                **SACRAMENTO DIVISION**

13

14
   STEPHEN WONG,                    )
15                                  )       CIVIL NO. 2:08-CV-01408 EFB
          Plaintiff,                )
16                                  )       STIPULATION AND
              v.                    )       ORDER TO EXTEND TIME
17                                  )       FOR DEFENDANT TO
   MICHAEL J. ASTRUE,               )       FILE OPPOSITION TO
18 Commissioner of                  )       PLAINTIFF'S OPENING BRIEF
   Social Security,                 )
19                                  )
          Defendant.                )
20                                  )
   ─────────────────────────────────)
21

22
          The parties, Plaintiff, STEPHEN WONG , and Defendant, COMMISSIONER OF SOCIAL
23
   SECURITY, through their respective counsel, stipulate that the time for filing defendant's opposition to
24
   plaintiff's opening brief be extended from March 5, 2009, to April 4, 2009.
25
26        This is defendant's first request for an extension of time to file a response to plaintiff's opening

27 brief.  Defendant needs the additional time because the undersigned attorney of record for Defendant,

28 SARAH RYAN, Special Assistant United States Attorney, will be on medical leave beginning February

27, 2009, for surgery and recuperation thereafter. Said attorney will be on medical leave for at least ten days, and the recuperation period is anticipated to be at least four to six weeks, during which said attorney will attempt to work a reduced workload. Therefore, Defendant requests that a first extension of thirty days until April 4, 2009, be granted for Defendant to file his response and supporting authority, and that all other deadlines be extended according to the Court's scheduling order.

                                            Respectfully submitted,

Dated:  February 25, 2009.         */s/ Bess M. Brewer*
                                      (As authorized by email)
                                      SHANNY J. LEE
                                      Attorney for Plaintiff

Dated:  February 25, 2009.        LAWRENCE G. BROWN
                                      Acting United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration


                                      */s/ Sarah Ryan*
                                      SARAH RYAN
                                      Special Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  February 26, 2009.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE