LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, State Bar of Texas #17479500
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: sarah.ryan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| STEPHEN WONG, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of <br> Social Security, <br><br> Defendant. | CIVIL NO. 2:08-CV-01408 EFB <br><br> STIPULATION AND <br> ORDER TO EXTEND TIME <br> FOR DEFENDANT TO <br> FILE OPPOSITION TO <br> PLAINTIFF'S OPENING BRIEF |

      The parties, Plaintiff, STEPHEN WONG , and Defendant, COMMISSIONER OF SOCIAL SECURITY, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from May 4, 2009, to June 3, 2009.

      This is defendant's third request for an extension of time to file a response to plaintiff's opening brief. Defendant needs the additional time in order for the undersigned attorney of record for Defendant, SARAH RYAN, Special Assistant United States Attorney (SAUSA), to confer with

Defendant regarding the issues and merits of the case. The first two extension were required because the undersigned SAUSA was on medical leave from February 27, 2009, for surgery and recuperation through April 13, 2009. During the recuperation period said attorney attempted a reduced workload, but was unable to attend to this case. Therefore, Defendant requests that a third extension the briefing deadline of thirty days, until June 3, 2009, be granted for Defendant to file his response and supporting authority, and that all other deadlines be extended according to the Court's scheduling order.

Respectfully submitted,

Dated: May 1, 2009.  */s/ Bess M. Brewer*
(As authorized by telephone)
BESS M. BREWER
Attorney for Plaintiff

Dated: May 1, 2009  LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By */s/ Sarah Ryan*
SARAH RYAN
Special Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: May 4, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE