| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
| | Acting United States Attorney |
| 2 | LUCILLE GONZALES MEIS |
| | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| | SARAH RYAN |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500 |
| | San Francisco, California 94105 |
| 6 | Telephone: (415) 977-8978 |
| | Facsimile: (415) 744-0134 |
| 7 | E-Mail: sarah.ryan@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEPHEN WONG, )
         Plaintiff, )
         v. )
MICHAEL J. ASTRUE, )
Commissioner of )
Social Security, )
         Defendant. )

CIVIL NO. 2:08-cv-01408 EFB

STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

      The parties have agreed that Plaintiff shall be offered a new hearing and the opportunity to present new evidence. Upon rehearing, the Administrative Law Judge ("ALJ") should obtain additional evidence from the treating sources to clarify the onset date of disability, to include medical source statements; re-evaluate all the evidence of record, particularly the opinions by Drs. Wiggington and Weisner; obtain assistance from a medical expert to determine the onset of the claimant's disability; evaluate the claimant's credibility pursuant to Social Security Ruling ("SSR") 96-7p; re-evaluate the claimant's residual functional capacity pursuant to SSR 96-8p; and if warranted by the expanded record,

obtain supplemental evidence from a vocational expert at step 5 of the sequential evaluation. It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated:  /s/
(As authorized via e-mail)
BESS M. BREWER

Attorney for Plaintiff

Dated:  LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

 /s/ Sarah Ryan
SARAH RYAN
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

This case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter final judgment on behalf of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292 (1993).

APPROVED AND SO ORDERED.

DATED: May 12, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE